# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 06, 2021**

SEAN F. McAVOY, CLERK

ALAN D. ROBERTSON,

*Plaintiff*

v.

LORNE A. DORN; KIM DORN; and DESJARDINS GENERAL INSURANCE GROUP, doing business as Certas Home and Auto Insurance Company,

*Defendant*

Civil Action No. 2:21-CV-64-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered for Defendant Certas on the declaratory judgment, breach of contract, bad faith, and CPA claims against that party pursuant to the Order Granting Defendant Certas's Motion for Summary Judgment, ECF No 27.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion for Summary Judgment, ECF No. 12.

Date: 08/06/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Mishani Jack-Gonzalez
*(By) Deputy Clerk*

Mishani Jack-Gonzalez