FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALAN D. ROBERTSON,<br><br>  Plaintiff,<br><br>  v.<br><br>LORNE A. DORN; and KIM DORN,<br><br>  Defendants. | No. 2:21-CV-00064-SAB<br><br><br><br>**ORDER OF DISMISSAL** |

  Before the Court is the parties' Stipulation of Dismissal, ECF No. 213. The parties stipulate to dismiss Plaintiff's claims against Defendants with prejudice, without costs to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion and dismiss the case.

  Accordingly, **IT IS HEREBY ORDERED**:

  1. The parties' Stipulation of Dismissal, ECF No. 213, is **ACCEPTED into the record**.

  2. The above-captioned case and all claims and causes of action brought by Plaintiff against Defendants are **DISMISSED with prejudice**, without costs to any party.

//

//

//

**ORDER OF DISMISSAL** *1

3.      The jury trial on October 30, 2023, pretrial conference on October 12, 2023, and all remaining pretrial deadlines are **STRICKEN**.

**IT IS SO ORDERED**. The Clerk of Court is hereby directed to enter this Order, to provide copies to counsel, and **CLOSE** the file.

**DATED** this 2nd day of March 2023.



Stanley A. Bastian
Chief United States District Judge